David C. GOODWIN *v.* STATE of Arkansas

RC 91-63                                        821 S.W.2d 50

Supreme Court of Arkansas
Opinion delivered January 21, 1992

*James Marschewski*, for appellant.

No response.

PER CURIAM. Appellant, David C. Goodwin, by his attorney, has filed for a rule on the clerk.

His attorney, James Marschewski, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.